

U.S. Department of Justice
Civil Division

Tel: 202-514-4820

December 12, 2023

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

RE:   *Texas v. United States* (No. 23-40653)

Dear Mr. Cayce:

      The government is writing pursuant to Federal Rule of Appellate Procedure 43(c)(2) to update the case caption in *Texas v. United States*, No. 23-40653. Please substitute "Patrick J. Lechleitner, Acting Director of U.S. Immigration and Customs Enforcement" in place of Tae D. Johnson, and "Jason D. Owens, Chief of the U.S. Border Patrol" in place of Raul L. Ortiz. Please also update Troy Miller's title to "Senior Official Performing the Duties of the Commissioner, U.S. Customs and Border Protection," instead of Acting Commissioner.

      Sincerely,

      /s/ *Joshua M. Koppel*
      Joshua M. Koppel
      Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2023, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

 /s/ *Joshua M. Koppel*
Joshua M. Koppel