No. 23-40653

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS; STATE OF ALABAMA; STATE OF ARKANSAS; STATE OF LOUISIANA; STATE OF NEBRASKA; STATE OF SOUTH CAROLINA; STATE OF WEST VIRGINIA; STATE OF KANSAS; STATE OF MISSISSIPPI,

*Plaintiffs-Appellees*,

v.

UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, SENIOR OFFICIAL PERFORMING THE DUTIES OF THE COMMISSIONER, U.S. CUSTOMS AND BORDER PROTECTION; PATRICK J. LECHLEITNER, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; UR M. JADDOU, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JASON D. OWENS, CHIEF OF THE U.S. BORDER PATROL,

*Defendants-Appellants*,

MARIA ROCHA; JOSE MAGANA-SALGADO; NANCI J. PALACIOS GODINEZ; ELLY MARISOL ESTRADA; KARINA RUIZ DE DIAZ; CARLOS AGUILAR GONZALEZ; LUIS A. RAFAEL; DARWIN VELASQUEZ; JIN PARK; OSCAR ALVAREZ; DENISE ROMERO; JUNG WOO KIM; ANGEL SILVA; HYO-WON JEON; ELIZABETH DIAZ; BLANCA GONZALEZ; MOSES KAMAU CHEGE; MARIA DIAZ,

*Intervenor Defendants-Appellants*,

STATE OF NEW JERSEY

*Intervenor-Appellant*,

On Appeal from the United States District Court
for the Southern District of Texas, Brownsville Division
USDC No. 1:18-CV-68

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS-APPELLEES' OPENING BRIEF**

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Plaintiffs-Appellees file this motion for an extension of time to file their opening brief by 13 days, up to and including Tuesday, April 9, 2024. This is Plaintiffs-Appellees' second request for an extension of time for this brief, and it is unopposed.

**1.** Plaintiffs-Appellees' opening brief is currently due on Wednesday, March 27, 2024. They seek to extend the time to file this brief by 13 days, up to and including Tuesday, April 9, 2024.

**2.** The requested 13-day extension of time is necessary due to engagements that have required or will require significant attention since the prior extension was granted, including:

- Drafting an emergency motion for a stay in this Court in *United States of America v. Texas*, No. 24-50149 (filed March 1, 2024);

- Drafting a reply to appellees' response to an emergency motion for a stay in this Court in *United States of America v. Texas*, No. 24-50149 (filed March 11, 2024);

- Drafting an appellants' merits brief in this Court in *United States of America v. Texas*, No. 24-50149 (filed March 13, 2024);

- Drafting a reply to appellees' merits brief in this Court in *United States of America v. Texas*, No. 24-50149 (due March 26, 2024);

- Drafting a response to emergency applications to the U.S. Supreme Court for vacatur of this Court's administrative stay in *United States of America v. Texas*, No. 23A814 and No. 23A815 (filed March 11, 2024);

- Helping the Solicitor General of Texas prepare for oral argument in this Court on a motion to stay an injunction pending appeal that was scheduled yesterday afternoon, March 19, 2024, for today, March 20, 2024, at 10am in *United States of America v. Texas*, No. 24-50149;

- Preparing the Solicitor General of Texas for oral argument on April 3, 2024, to this Court in *United States of America v. Texas*, No. 24-50149;

- Drafting a response to a motion to this Court for an injunction pending appeal in *Spectrum WT, et al. v. Wendler et al.*, No. 23-10994 (filed February 20, 2024);

- Drafting a response to an emergency application to the U.S. Supreme Court for an injunction pending appeal in *Spectrum WT, et al. v. Wendler et al.*, No. 23A820 (filed March 13, 2024);

- Aiding in preparing a response to a mandamus petition in the Texas Court of Appeals for the Sixth Judicial District in *In re Novartis Pharmaceuticals Corp.*, No. 06-24-00005-CV (filed February 20, 2024);

- Preparing the appellee's opening brief to this Court in *McVae v. Perez*, No. 23-50703 (due March 27, 2024);

- Preparing for presenting oral argument in this Court in *Spectrum WT, et al. v. Wendler et al.*, No. 23-10994 (scheduled for week of April 29, 2024); and,

- Assisting in the preparation of a response to a motion in the Western District of Texas in *United States of America v. Texas*, No. 1:24-CV-8 (filed February 7, 2024).

3.  The extension is sought in the interest of justice and is not for delay, and no party will be prejudiced if this extension is granted.

4.  For the foregoing reasons, Plaintiffs-Appellees respectfully request that the Court grant this unopposed motion for a 13-day extension of time to file their opening brief, making that brief due on Tuesday, April 9, 2024.

Date: March 20, 2024

Respectfully submitted.

Ken Paxton
Attorney General of Texas

Aaron L. Nielson
Solicitor General

Brent Webster
First Assistant Attorney General

/s/ Joseph N. Mazzara
Joseph N. Mazzara
Assistant Solicitor General
Joe.Mazzara@oag.texas.gov

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Coy Allen Westbrook
Assistant Attorney General

*Counsel for Plaintiffs-Appellees*

## Certificate of Conference

On March 20, 2024, undersigned counsel conferred with counsel for Defendants-Appellants, Intervenor Defendants-Appellants, and Intervenor Appellant, who advised that Defendants-Appellants, Intervenor Defendants-Appellants, and Intervenor Appellant, do not oppose this request for extension of time to file Appellees' Brief.

/s/ Joseph N. Mazzara
Joseph N. Mazzara

## Certificate of Service

On March 20, 2024, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Joseph N. Mazzara
Joseph N. Mazzara

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 545 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Joseph N. Mazzara
Joseph N. Mazzara