No. 23-40653

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

STATE OF TEXAS; STATE OF ALABAMA; STATE OF ARKANSAS; STATE OF LOUISIANA; STATE OF NEBRASKA; STATE OF SOUTH CAROLINA; STATE OF WEST VIRGINIA; STATE OF KANSAS; STATE OF MISSISSIPPI,
*Plaintiffs-Appellees*,
v.
UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, SENIOR OFFICIAL PERFORMING THE DUTIES OF THE COMMISSIONER, U.S. CUSTOMS AND BORDER PROTECTION; PATRICK J. LECHLEITNER, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; UR M. JADDOU, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JASON D. OWENS, CHIEF OF THE U.S. BORDER PATROL,
*Defendants-Appellants*
MARIA ROCHA; JOSE MAGANA-SALGADO; NANCI J. PALACIOS GODINEZ; ELLY MARISOL ESTRADA; KARINA RUIZ DE DIAZ; CARLOS AGUILAR GONZALEZ; LUIS A. RAFAEL; DARWIN VELASQUEZ; JIN PARK; OSCAR ALVAREZ; DENISE ROMERO; JUNG WOO KIM; ANGEL SILVA; HYO-WON JEON; ELIZABETH DIAZ; BLANCA GONZALEZ; MOSES KAMAU CHEGE; MARIA DIAZ,
*Intervenor Defendants-Appellants*
STATE OF NEW JERSEY,
*Intervenor-Appellant.*

On Appeal from the United States District Court for the
Southern District of Texas, Brownsville Division; No. 1:18-cv-68

**APPELLANTS' JOINT UNOPPOSED MOTION FOR EXTENSION TO FILE REPLY BRIEF**

Pursuant to Fifth Circuit Rule 31.4, all Appellants jointly request an unopposed extension of 4 weeks to file their respective reply briefs in *Texas v. United States*, No. 23-40653. Appellants' briefs are currently due April 30, 2024. With the requested extension, the briefs would be due May 28, 2024.

The extension is necessary due to the overlap of the revised briefing schedule with Passover, recent staff changes at counsel for Appellants Maria Rocha, et al., and the complexity of the case. Given Appellees' most recent extension, Appellants' reply briefs would be due the Tuesday following the week of Passover, during which counsel for the State of New Jersey have long-planned vacation time. Additionally, counsel for Appellants Maria Rocha, et al., have experienced recent staff changes necessitating additional time to bring those new staff members up to speed on this multi-year litigation. In light of those constraints, the requested extension will allow counsel to fully and adequately respond to Appellees' arguments in this highly complex and immensely consequential litigation, which has spanned over five years of litigation, thousands of pages of administrative record, multiple prior opinions, and a lengthy district court docket.

The other parties to this appeal have indicated that they do not oppose the requested extension.

Respectfully submitted,

*/s/ Jeremy Feigenbaum*

Jeremy Feigenbaum
Office of the Attorney General
State of New Jersey
25 Market Street P.O. Box 112
Trenton, New Jersey 08625 Phone:
(609) 376-2690
Email: jeremy.feigenbaum@njoag.gov

*/s/ Nina Perales*

Nina Perales
Attorney-in-Charge
110 Broadway, Suite 300
San Antonio, Texas 78205
Facsimile: (210) 224-5382 Email:
nperales@maldef.org

*/s/ Nicholas S. Crown*

Nicholas S. Crown
Attorney, Appellate Staff
Civil Division, Room 7259
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Phone: (202) 514-1201
Email: Nicholas.s.crown@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2024, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the 5th Circuit by using the appellate CM/ECF system. Participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Jeremy Feigenbaum*
Jeremy Feigenbaum

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2) because it contains 209 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Word 2019 in Times New Roman 14-point font, a proportionally spaced typeface.

*/s/ Jeremy Feigenbaum*
Jeremy Feigenbaum