No. 23-40653

# In the United States Court of Appeals for the Fifth Circuit

State of Texas; State of Alabama; State of Arkansas; State of Louisiana; State of Nebraska; State of South Carolina; State of West Virginia; State of Kansas; State of Mississippi,

*Plaintiffs – Appellees,*

v.

United States of America; Alejandro Mayorkas, Secretary, U.S. Department of Homeland Security; Troy Miller, Senior Official Performing the Duties of the Commissioner, U.S. Customs & Border Protection; Patrick J. Lechleitner, Acting Director of U.S. Immigration & Customs Enforcement; Ur M. Jaddou, Director of U.S. Citizenship & Immigration Services; Jason D. Owens, Chief of the U.S. Border Patrol,

*Defendants – Appellants,*

María Rocha; José Magaña-Salgado; Nanci J. Palacios Godínez; Elly Marisol Estrada; Karina Ruíz De Díaz; Carlós Aguilar González; Luis A. Rafael; Darwin Velásquez; Jin Park; Óscar Álvarez; Denise Romero; Jung Woo Kim; Ángel Silva; Hyo-Won Jeon; Elízabeth Díaz; Blanca González; Moses Kamau Chege; María Díaz,

*Intervenor Defendants – Appellants,*

State of New Jersey,

*Intervenor – Appellant.*

On Appeal from the United States District Court
for the Southern District of Texas, Brownsville Division

**MOTION TO WITHDRAW APPEARANCE**

| | |
|---|---|
| Nina Perales | Douglas H. Hallward-Driemeier |
| Fátima Lucía Menéndez (*of counsel*) | Emerson A. Siegle |
| MEXICAN AMERICAN LEGAL | ROPES & GRAY LLP |
| DEFENSE & EDUCATIONAL FUND | 2099 Pennsylvania Avenue, N.W. |
| 110 Broadway Street | Washington, D.C. 20006 |
| San Antonio, TX 78205 | (202) 508-4600 |
| (210) 224-5476 | |

Mark A. Cianci
Heather M. Romero (*of counsel*)
Anna K. Blanco (*of counsel*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000

Patrick S. Doherty (*of counsel*)
Krystal A. Vazquez (*of counsel*)
Lauren C. Brady (*of counsel*)
Laura C. Medina (*of counsel*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

Philip P. Ehrlich (*of counsel*)
Francis X. Liesman (*of counsel*)
ROPES & GRAY LLP
191 North Wacker Drive
Chicago, IL 60606
(312) 845-1200

Carlos Moctezuma García
GARCÍA & GARCÍA, ATTORNEYS AT LAW P.L.L.C.
P.O. Box 4545
McAllen, TX 78502
(956) 630-3889

*Counsel for Intervenor Defendants - Appellants*

## MOTION TO WITHDRAW APPEARANCE

I, Mark A. Cianci, hereby move to withdraw my appearance on behalf of Maria Rocha and the other Intervenor Defendants-Appellants, because I will be leaving the firm of Ropes & Gray LLP as of April 28, 2024. Maria Rocha and the other Intervenor-Defendant-Appellants will continue to be represented by Nina Perales, Fatima Menendez, Douglas Hallward-Driemeier, Emerson Siegel, and Carlos Moctezuma Garcia who have already entered an appearance in this Court.

Respectfully submitted,

Dated: April 17, 2024

/s/ *Mark A. Cianci*
Mark A. Cianci
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000

*Counsel for Intervenor Defendants – Appellants*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed electronically this 17th day of April, 2024, by using the Court's CM/ECF system. All parties are represented by registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Mark A. Cianci
Mark A. Cianci
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000

## **CERTIFICATE OF COMPLIANCE**

1. Pursuant to Fed. R. App. P. 27(d) and 32(g), the undersigned hereby certifies that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 70 words, excluding portions exempted by rule.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6). The motion has been prepared in a proportionally spaced typeface using Microsoft® Word and 14-point Times New Roman type.

Dated: April 17, 2024                */s/ Mark A. Cianci*
                                      Mark Cianci