# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 18, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-40653   State of Texas v. USA
                   USDC No. 1:18-CV-68

The court has taken the following action in this case: the unopposed motion of Mark A. Cianci to withdraw as counsel for the Intervenor Defendants-Appellants Oscar Alvarez, Moses Kamau Chege, Karina Ruiz De Diaz, Elizabeth Diaz, Maria Diaz, Elly Marisol Estrada, Blanca Gonzalez, Carlos Aguilar Gonzalez, Hyo-Won Jeon, Jung Woo Kim, Jose Magana-Salgado, Nanci J. Palacios Godinez, Jin Park, Luis A. Rafael, Maria Rocha, Denise Romero, Angel Silva, and Darwin Velasquez is granted. Nina Perales will continue as lead counsel for the Intervenor Defendants-Appellants.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Rebecca L. Leto, Deputy Clerk
                                      504-310-7703

Mr. Jorge Benjamin Aguinaga
Mr. Mark A. Cianci
Mr. Matt A. Crapo
Mr. Nicholas S. Crown
Mr. Michael Dundas
Mr. Jeremy M. Feigenbaum
Mr. Carlos Moctezuma Garcia
Mr. Douglas Harry Hallward-Driemeier
Mr. Peter Karanjia
Mr. Joshua Koppel
Mr. Joseph N. Mazzara
Ms. Fatima L. Menendez
Mr. Anton Metlitsky
Ms. Ester Murdukhayeva
Ms. Melissa Nicole Patterson
Ms. Nina Perales
Ms. Mary Kelly Persyn
Mr. Andrew John Pincus
Mr. Mayur Prasad Saxena
Mr. Emerson A. Siegle
Ms. Meaghan McLaine VerGow
Mr. James J. Walker
Mr. Ryan Daniel Walters
Mr. Coy Allen Westbrook
Mr. David Zimmer