

**U.S. Department of Justice**
Civil Division

Tel: 202-514-4820

May 23, 2024

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

RE:   *Texas v. United States* (No. 23-40653)

Dear Mr. Cayce:

The government is writing pursuant to Federal Rule of Appellate Procedure 43(c)(2) to update the case caption in *Texas v. United States*, No. 23-40653. Please update Patrick J. Lechleitner's title to "Senior Official Performing the Duties of the Director of U.S. Immigrations and Customs Enforcement," instead of Acting Director.

Sincerely,

/s/ *Joshua M. Koppel*
Joshua M. Koppel
Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2024, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                          /s/ *Joshua M. Koppel*
                                          Joshua M. Koppel