# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

June 27, 2024

    No. 23-40653    State of Texas v. USA
                          USDC No. 1:18-CV-68

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Pamela F. Trice, Deputy Clerk
        504-310-7633

    Mr. Jorge Benjamin Aguinaga
    Mr. Matt A. Crapo
    Mr. Nicholas S. Crown
    Mr. Michael Dundas
    Mr. Jeremy M. Feigenbaum
    Mr. Carlos Moctezuma Garcia
    Mr. Douglas Harry Hallward-Driemeier
    Mr. Peter Karanjia
    Mr. Joshua Koppel
    Mr. Joseph N. Mazzara
    Ms. Fatima L. Menendez
    Mr. Anton Metlitsky
    Ms. Ester Murdukhayeva
    Ms. Melissa Nicole Patterson

Ms. Nina Perales  
Ms. Mary Kelly Persyn  
Mr. Andrew John Pincus  
Mr. Mayur Prasad Saxena  
Mr. Emerson A. Siegle  
Ms. Meaghan McLaine VerGow  
Mr. James J. Walker  
Mr. Ryan Daniel Walters  
Mr. Coy Allen Westbrook  
Mr. David Zimmer