# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 18, 2024

**IMPORTANT NOTICE**

TO ALL COUNSEL LISTED BELOW

No. 23-40653   State of Texas v. USA

Projected Week of Hearing **10/07/2024**

-------------------------------------------------------

Dear Counsel:

We have tentatively scheduled this case for oral argument during the week shown.

If you have a serious, irresolvable conflict, contact us **IMMEDIATELY** via e-mail (clerk_calendaring@ca5.uscourts.gov), stating your conflict or request. Do not ask to reschedule argument unless you can find no other solution. **GENERALLY, ENGAGEMENT OF COUNSEL IN ANOTHER COURT IS NOT AN "IRRESOLVABLE CONFLICT."**

**So we can provide all pertinent information to the court before argument, and barring an emergency, we must receive all additional filings by noon on the workday immediately preceding argument.**

If you are arguing before the Fifth Circuit for the first time, please visit our Internet site at "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/oral-argument-notices/handout.pdf" for "Preparing for Oral Argument in the Fifth Circuit" and at "http://www.ca5.uscourts.gov/documents/ltsig-e.pdf" for "Notice to Counsel Attending Oral Argument". If you do not have Internet access, please call and we will send you the information.

Counsel are advised it is almost invariably more helpful, in lieu of large exhibits, to furnish the courtroom deputy four smaller sized (not larger than about 8 X 14 inches) copies of charts, diagrams, etc., for the judges' use. If counsel believe it necessary to use large exhibits, please also furnish the small copies.

CALENDARING DEPARTMENT
clerk_calendaring@ca5.uscourts.gov

Mr. Jorge Benjamin Aguinaga
Mr. Matt A. Crapo
Mr. Nicholas S. Crown
Mr. Michael Dundas
Mr. Jeremy M. Feigenbaum
Mr. Douglas Harry Hallward-Driemeier
Mr. Peter Karanjia

Mr. Joshua Koppel
Mr. Joseph N. Mazzara
Ms. Fatima L. Menendez
Mr. Anton Metlitsky
Ms. Ester Murdukhayeva
Ms. Melissa Nicole Patterson
Ms. Nina Perales
Ms. Mary Kelly Persyn
Mr. Andrew John Pincus
Mr. Mayur Prasad Saxena
Mr. Emerson A. Siegle
Ms. Meaghan McLaine VerGow
Mr. Ryan Daniel Walters
Mr. Coy Allen Westbrook
Mr. David Zimmer