

## State of New Jersey

| | | |
|---|---|---|
| **PHILIP D. MURPHY**<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>OFFICE OF THE SOLICITOR GENERAL<br>PO BOX 080<br>TRENTON, NJ 08625 | **MATTHEW J. PLATKIN**<br>*Attorney General* |
| **TAHESHA L. WAY**<br>*Lt. Governor* | | **JEREMY M. FEIGENBAUM**<br>*Solicitor General* |

August 5, 2024

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals For The Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

  Re: Texas, et al v. United States, et al.
     Docket No. 23-40653

Dear Mr. Cayce:

  I represent Intervenor-Appellant, State of New Jersey, in the above captioned matter, which is currently scheduled for oral argument the week of October 7. Please note that I am unavailable for argument on Friday, October 11, as the Jewish holiday of Yom Kippur begins Friday evening.

  I therefore respectfully request that oral argument in this matter not be scheduled on the above dates. Thank you for your consideration.

            Respectfully yours,

            MATTHEW J. PLATKIN
            ATTORNEY GENERAL OF NEW JERSEY

         By: /s/ Jeremy M. Feigenbaum
            Jeremy M. Feigenbaum
            Solicitor General

c: All Counsel



HUGHES JUSTICE COMPLEX · TELEPHONE: (862) 350-5800 FAX: (609) 292-3508
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*