

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Coy Allen Westbrook  
Assistant Attorney General

(512) 936-0581  
Coy.Westbrook@oag.texas.gov

August 12, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court  
U.S. Court of Appeals for the Fifth Circuit

   Re:   *State of Texas v. USA*, 23-40653

Dear Mr. Cayce:

   I am writing to advise the Court of my withdrawal as counsel for Appellee State of Texas in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. Joseph N. Mazzara previously filed a notice of appearance and will serve as lead counsel in this matter.

                                  Respectfully submitted.

                                  /s/ Coy Allen Westbrook

                                  Coy Allen Westbrook  
                                  Assistant Attorney General

cc: All counsel of record (via CM/ECF)