# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 02, 2024

Mr. Brian Boynton
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Jeremy M. Feigenbaum
Office of the Attorney General
for the State of New Jersey
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0080

Mr. Joseph N. Mazzara
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Ms. Nina Perales
Mexican-American Legal Defense & Educational Fund
110 Broadway Street
San Antonio, TX 78205

    No. 23-40653   State of Texas v. USA
                        USDC No. 1:18-CV-68

Dear Counsel,

Please be advised that the oral argument of this case has been moved from the West Courtroom to the En Banc Courtroom on Thursday, October 10, 2024, at 9:30 a.m. Counsel should check in with the courtroom deputy in Room 105 of the Wisdom Courthouse between 8:30 and 9:00 a.m. Central time on the day of argument.

Please acknowledge receipt of this notice by email to kim_pollard@ca5.uscourts.gov.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
    Mr. Jorge Benjamin Aguinaga
    Mr. Matt A. Crapo
    Mr. Nicholas S. Crown
    Mr. Michael Dundas
    Mr. Carlos Moctezuma Garcia
    Mr. Douglas Harry Hallward-Driemeier
    Mr. Peter Karanjia
    Mr. Joshua Koppel
    Ms. Fatima L. Menendez
    Mr. Anton Metlitsky
    Ms. Ester Murdukhayeva
    Mr. Nathan Ochsner
    Ms. Melissa Nicole Patterson
    Ms. Mary Kelly Persyn
    Mr. Andrew John Pincus
    Mr. Mayur Prasad Saxena
    Mr. Emerson A. Siegle
    Ms. Meaghan McLaine VerGow
    Mr. James J. Walker
    Mr. Ryan Daniel Walters
    Mr. Michael Ray Williams
    Mr. David Zimmer