

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Joseph N. Mazzara  
Assistant Solicitor General

(512) 936-2923  
Joe.Mazzara@oag.texas.gov

January 15, 2025

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court  
U.S. Court of Appeals for the Fifth Circuit

    Re:    No. 23-40653; *State of Texas v. USA*

Dear Mr. Cayce:

    I am writing to advise the Court of my withdrawal as counsel for Appellee the State of Texas in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. Ryan D. Walters and Monroe D. Bryan, Jr. will remain counsel for the Appellee.

                                   Respectfully submitted.

                                   /s/ Joseph N. Mazzara

                                   Joseph N. Mazzara  
                                   Assistant Solicitor General

cc: All counsel of record (via CM/ECF)