

**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

February 14, 2025

*Via CM/ECF*

Lyle W. Cayce, Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit

**Re:    No. 23-40653;** *State of Texas v. USA*

Dear Mr. Cayce:

I am writing to advise the Court of my withdrawal as counsel for Appellee the State of Texas in the above-referenced case; I have accepted a position within the Office of the Attorney General, but outside of the Special Litigation Division handling this appeal. Monroe D. Bryant, Jr. will remain as counsel for the Appellee

Respectfully submitted.

*/s/ Ryan D. Walters*
Ryan D. Walters
Deputy Attorney General for Legal Strategy

cc:    All counsel of record (via CM/ECF)