# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 11, 2025

Mr. Nathan Ochsner
Southern District of Texas, Brownsville
United States District Court
600 E. Harrison Street
Room 1158
Brownsville, TX 78520

    No. 23-40653   State of Texas v. USA
                         USDC No. 1:18-CV-68

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

cc:
    Mr. Jorge Benjamin Aguinaga
    Mr. Brian Boynton
    Mr. Monroe David Bryant Jr.
    Mr. Matt A. Crapo
    Mr. Nicholas S. Crown
    Mr. Mark A. Csoros
    Mr. Michael Dundas
    Mr. Jeremy M. Feigenbaum
    Mr. Carlos Moctezuma Garcia
    Mr. Douglas Harry Hallward-Driemeier
    Mr. Peter Karanjia
    Mr. Joshua Koppel
    Ms. Fatima L. Menendez
    Mr. Anton Metlitsky
    Ms. Ester Murdukhayeva

```
Ms. Melissa Nicole Patterson
Ms. Nina Perales
Ms. Mary Kelly Persyn
Mr. Andrew John Pincus
Mr. Mayur Prasad Saxena
Mr. Emerson A. Siegle
Ms. Meaghan McLaine VerGow
Mr. James J. Walker
Mr. Michael Ray Williams
Mr. David Zimmer
```