

**National Headquarters**
MALDEF Nonprofit Center
634 S. Spring Street, 12th Fl.
Los Angeles, CA 90014
*Tel:* 213.629.2512
*Fax:* 213.629.0266

**Atlanta
Program Office**
500 West Lanier Ave.
Suite 908
Fayetteville, GA 30214
*Tel:* 470.878.0785

**Chicago
Regional Office**
100 North LaSalle St.
Suite 1900
Chicago, IL 60602
*Tel:* 312.427.0701
*Fax:* 312.588.0782

**Los Angeles
Regional Office**
634 S. Spring Street,
11th Fl.
Los Angeles, CA 90014
*Tel:* 213.629.2512
*Fax:* 213.629.0266

**Sacramento
Program Office**
1512 4th Street
Sacramento, CA 95814
*Tel:* 916.444.3031
*Fax:* 916.444.7207

**San Antonio
Regional Office**
110 Broadway
Suite 300
San Antonio, TX 78205
*Tel:* 210.224.5476
*Fax:* 210.224.5382

**Washington, D.C.
Regional Office**
1016 16th Street, NW
Suite 100
Washington, DC 20036
*Tel:* 202.293.2828

April 9, 2025

<u>**Via CM/ECF**</u>

Lyle W. Cayce, Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit

**Re: No. 23-40653;** *State of Texas v. United States of America*

Dear Mr. Cayce:

I am writing to advise the Court of my withdrawal as counsel for Intervenor Defendants-Appellants Diaz, *et al.*, in the above-referenced case. I ended my employment with the Mexican American Legal Defense Fund (MALDEF) on April 1, 2025. At MALDEF, Ms. Nina Perales will remain as counsel for the Intervenor Defendants-Appellants.

    Respectfully submitted,

    /s/ Fátima L. Menéndez
    Fátima L. Menéndez
    MALDEF

CC: All counsel of record (via CM/ECF)